# Exhibit 2

Charted claim:
Method claim:1

| US8515386B2 | Tinder App ("The accused instrumentality") |
|---|---|
| 1. A method for determining the physical location of a VoIP phone and transmitting the physical location to an emergency services call center or the like, the method comprising: | The accused instrumentality discloses a method (e.g., emergency assistance) for determining the physical location (e.g., current location) of a VoIP phone (e.g., smartphone with the accused instrumentality installed) and transmitting (e.g., automatically sending) the physical location (e.g., current or real-time location) to an emergency services call center (e.g., 911 call center, police, etc.) or the like.<br><br>As shown, Tinder app includes emergency panic button. When user selects the panic button, the current location of the user is determined by the accused instrumentality using location services such as GPS, Wi-fi, etc. and is automatically transmitted to the 911 emergency services.<br><br><br><br>https://tinder.com/ |

# Tinder Dating App: Meet & Chat





https://play.google.com/store/apps/details?id=com.tinder&hl=en&gl=US

## What is Noonlight?

Tinder has partnered with Noonlight to give you backup every time you meet up with someone new.

If you're in the U.S., connect Noonlight to Tinder so you can:

- Add a badge to your chat threads and let people know you're protected by Noonlight
- Share where, when and who you're meeting IRL via Noonlight's Timeline feature
- Discreetly trigger emergency services if you're feeling uneasy or in need of help

https://www.help.tinder.com/hc/en-us/articles/360039260031-Noonlight-FAQs#h_01G6R0DAXBCNRE72WZGCKW9F7V

## The Noonlight panic button

If you've matched with someone and decide to meet up with them but don't want to go alone, Noonlight is there to help. Currently only available for Tinder users in North America, the app lets you silently check in when going on a date, with the ability to send notifications to friends or emergency services discreetly.

To use this "panic button" feature, you'll need both the Tinder app and Noonlight app downloaded.

https://www.businessinsider.com/guides/tech/tinder-safety-features?IR=T

## How to set up Noonlight before an in-real-life Tinder date

1   In the Tinder app open, open your chat with the person you're meeting.

2   Tap the Noonlight blue circle logo at the bottom of the app screen.

3   Next, specify the location and time frame where and when the date will take place. Noonlight will store that information and geo-track your location.

4   Choose Add To Timeline to share your date details with Noonlight, which will only be used in the case of an emergency.

Once Noonlight is set up and enabled for your IRL date, you can use this panic button when necessary. If you need it, open the Noonlight app, press and the "hold until safe" button, and release it but don't enter your pin. Noonlight will silently notify local police of your location and emergency.
https://www.businessinsider.com/guides/tech/



https://help.noonlight.com/en/articles/2062141-how-do-i-turn-on-location-services

Tinder's acquisition of Noonlight, an app that offers live tracking of a user's location and notifies the police in case an alarm is raised. Initially, the feature will only be available in USA, but if it proves popular, it is likely that Tinder will roll out the feature to more markets.

https://www.news18.com/news/tech/tinder-wants-to-make-your-dates-safe-with-a-panic-button-and-tracking-where-you-are-2471065.html

# How do I turn on location services?

Location services help find you in an emergency

 Written by Jake
Updated over a week ago

The majority of calls to 911 are from cell phones, but existing 911 technology has difficulty finding the exact location of that call. Device manufacturers, 911 centers, and wireless carriers are working to solve this problem, but Noonlight's technology can provide highly-accurate location data now.

Noonlight uses your location information to get you the fastest and most accurate response possible from 911 and first responders during an emergency. Apple has recently made changes to their location services options with the release of iOS 14. In order to guarantee that Noonlight receives an accurate location for you during an alarm, be sure you've toggled your location settings for the app to **Allow Location Access: Always** and **turn ON Precise Location**.

| | https://help.noonlight.com/en/articles/2062141-how-do-i-turn-on-location-services |
|---|---|
| making a plurality of attempts to determine the physical location of the VoIP phone, each using a separate location detection technology ("LDT"): | The accused instrumentality discloses making a plurality of attempts (e.g., attempts corresponding to different location services such as GPS, Wi-fi, Bluetooth, etc.) to determine the physical location (e.g., current location) of the VoIP phone (e.g., smartphone with the accused instrumentality installed), each using a separate location detection technology ("LDT") (e.g., location detection technologies such as GPS, Wi-fi, Bluetooth, etc.).<br><br>As shown, Tinder app includes emergency panic button. When user selects the panic button, plurality of attempts are made simultaneously to determine the current location of the user using various location detection technologies such as GPS, Wi-fi, Bluetooth, etc.<br><br>**Tinder is adding a panic button and other safety features to the dating app.**<br><br>The new functions will include emergency assistance, location tracking, and photo verification.<br><br>https://www.bbc.com/news/business-51218336<br><br>• **Device information** We collect information from and about the device(s) you use to access our services, including:<br>  ○ hardware and software information such as IP address, device ID and type, device-specific and apps settings and characteristics, app crashes, advertising IDs (such as Google's AAID and Apple's IDFA, both of which are randomly generated numbers that you can reset by going into your device' settings), browser type, version and language, operating system, time zones, identifiers associated with cookies or other technologies that may uniquely identify your device or browser (e.g., IMEI/UDID and MAC address);<br>  ○ information on your wireless and mobile network connection, like your service provider and signal strength;<br>  ○ information on device sensors such as accelerometers, gyroscopes and compasses.<br>• **Other information with your consent** If you give us permission, we can collect your precise geolocation (latitude and longitude) through various means, depending on the service and device you're using, including GPS, Bluetooth or Wi-Fi connections. The collection of your geolocation may occur in the background even when you aren't using the services if the permission you gave us expressly permits such collection. If you decline |

https://policies.tinder.com/privacy-2021-6-21/intl/en/



https://help.noonlight.com/en/articles/2062141-how-do-i-turn-on-location-services



https://play.google.com/store/apps/details?id=com.tinder&hl=en&gl=US

https://play.google.com/store/apps/datasafety?id=com.tinder&hl=en&gl=US

As shown below, the accused instrumentality utilizes different location technologies (e.g., LDTs) such as GPS, Cell tower, Wi-Fi signals, etc., to determine a precise current location of the device.

**How device location works**

Depending on your device settings, Android devices estimate location by using different inputs, including GPS, sensors (such as accelerometer, gyroscope, magnetometer, and barometer), mobile network signals, and Wi-Fi signals. These inputs can be used to estimate the most accurate location possible, which is provided to apps and services on the device that have the required permissions. Learn more about your Android device's location settings ⧉.

Mobile and Wi-Fi network signals can help Android estimate the device's location, especially in environments where GPS signals aren't available or accurate, including in

https://policies.google.com/technologies/location-data?hl=en

- Other information with your consent:
  - **Precise geolocation data:** If you give us your consent, we can collect your precise geolocation (latitude and longitude) from your device. The collection of your geolocation may occur in the background even when you aren't using the services if the permission you gave us expressly permits such collection. If you decline permission for us to collect your precise geolocation, we will not collect it, and our services that rely on precise geolocation may not be available to you.

https://policies.tinder.com/privacy/intl/en/

| | |
|---|---|
| | Emergency Location Service                                          Overview    How it works<br><br>## ELS uses FLP to determine the user's location.<br><br>The Android device automatically activates ELS. ELS uses the Fused Location Provider (FLP) to fuse location signals from cell towers, GPS, Wi-Fi and sensors on the phone to compute accurate location data, whether the caller is indoors or outdoors.<br>https://www.android.com/safety/emergency-help/emergency-location-service/how-it-works/ |
| if an attempt is successful, storing the physical location determined using the | The accused instrumentality discloses if an attempt (e.g., attempt to obtain current location of the user smartphone enabled with accused instrumentality) is successful (e.g., current location is determined), storing the physical location determined (e.g., determined current location) using the corresponding LDT (e.g., GPS, Wi-fi, Bluetooth, |

| corresponding LDT; | etc.). |
|---|---|
| | As shown, Tinder app includes emergency panic button. When user selects the panic button, a plurality of attempts are made simultaneously to determine the current location of the user using various location detection technologies such as GPS, Wi-fi, Bluetooth, etc. Upon successfully determining the current location of the user, the accused instrumentality stores the current determined location to the servers located in their data centers. <br><br> **Tinder is** adding a panic button and other safety features to the dating app. <br><br> The new functions will include emergency assistance, location tracking, and photo verification. <br><br> https://www.bbc.com/news/business-51218336 <br><br> • **Device information** We collect information from and about the device(s) you use to access our services, including: <br> ◦ hardware and software information such as IP address, device ID and type, device-specific and apps settings and characteristics, app crashes, advertising IDs (such as Google's AAID and Apple's IDFA, both of which are randomly generated numbers that you can reset by going into your device' settings), browser type, version and language, operating system, time zones, identifiers associated with cookies or other technologies that may uniquely identify your device or browser (e.g., IMEI/UDID and MAC address); <br> ◦ information on your wireless and mobile network connection, like your service provider and signal strength; <br> ◦ information on device sensors such as accelerometers, gyroscopes and compasses. <br> • **Other information with your consent** If you give us permission, we can collect your precise geolocation (latitude and longitude) through various means, depending on the service and device you're using, including GPS, Bluetooth or Wi-Fi connections. The collection of your geolocation may occur in the background even when you aren't using the services if the permission you gave us expressly permits such collection. If you decline <br> https://policies.tinder.com/privacy-2021-6-21/intl/en/ |



**< Noonlight    Location**

ALLOW LOCATION ACCESS

Never

Ask Next Time

While Using the App

Always                                              ✓

App explanation: "In the event of an emergency,
Noonlight uses your exact location to dispatch
emergency services."

Precise Location                          ⬤

Allows apps to use your specific location. With this
setting off, apps can only determine your approximate
location.

https://help.noonlight.com/en/articles/2062141-how-do-i-turn-on-location-services

# Tinder Dating App: Meet & Chat



Tinder
Contains ads · In-app purchases

| 3.6★ | 100M+ | M |
|------|-------|---|
| 6.98M reviews | Downloads | Mature 17+ ⓘ |

Install        ⤳ Share    ⊡ Add to wishlist



https://play.google.com/store/apps/details?id=com.tinder&hl=en&gl=US

As shown below, the accused instrumentality utilizes different location technologies (e.g., LDTs) such as GPS, Cell tower, Wi-Fi signals, etc., to determine a precise current location of the device. If at a location, GPS signals and Wi-Fi signals are not available (e.g., unsuccessful attempts for the LDTs), it can determine location using cell tower signals (e.g., successful attempt for LDT).

By using location information from different LDTs (e.g., storing successful location information from LDTs), the accused instrumentality determines a precise location of the device.



https://play.google.com/store/apps/datasafety?id=com.tinder&hl=en&gl=US

**How device location works**

Depending on your device settings, Android devices estimate location by using different inputs, including GPS, sensors (such as accelerometer, gyroscope, magnetometer, and barometer), mobile network signals, and Wi-Fi signals. These inputs can be used to estimate the most accurate location possible, which is provided to apps and services on the device that have the required permissions. Learn more about your Android device's location settings ⧉.

Mobile and Wi-Fi network signals can help Android estimate the device's location, especially in environments where GPS signals aren't available or accurate, including in

https://policies.google.com/technologies/location-data?hl=en

- Other information with your consent:
  - **Precise geolocation data:** If you give us your consent, we can collect your precise geolocation (latitude and longitude) from your device. The collection of your geolocation may occur in the background even when you aren't using the services if the permission you gave us expressly permits such collection. If you decline permission for us to collect your precise geolocation, we will not collect it, and our services that rely on precise geolocation may not be available to you.

https://policies.tinder.com/privacy/intl/en/

| | |
|---|---|
| | Emergency Location Service                    Overview    How it works<br><br>**ELS uses FLP to determine the user's location.**<br><br>The Android device automatically activates ELS. ELS uses the Fused Location Provider (FLP) to fuse location signals from cell towers, GPS, Wi-Fi and sensors on the phone to compute accurate location data, whether the caller is indoors or outdoors.<br>https://www.android.com/safety/emergency-help/emergency-location-service/how-it-works/ |
| placing a call to the emergency services call center with the VoIP phone; and | The accused instrumentality discloses placing a call (e.g., selecting the panic button) to the emergency services call center (e.g., 911 call center, police, etc.) with the VoIP phone (e.g., smartphone with the accused instrumentality installed). |

As shown, Tinder app includes emergency panic button. When user selects the panic button (place a call), the accused instrumentality notifies 911 emergency services about the current location of the user and emergency.

Once Noonlight is set up and enabled for your IRL date, you can use this panic button when necessary. If you need it, open the Noonlight app, press and the "hold until safe" button, and release it but don't enter your pin. Noonlight will silently notify local police of your location and emergency.

https://www.businessinsider.com/guides/tech/

Before meeting someone, users will be able to save information about the person and when the date is taking place.

If they then hit the panic button emergency services will be alerted with the details, along with accurate location data.

https://www.bbc.com/news/business-51218336

Tinder's acquisition of Noonlight, an app that offers live tracking of a user's location and notifies the police in case an alarm is raised. Initially, the feature will only be available in USA, but if it proves popular, it is likely that Tinder will roll out the feature to more markets.

https://www.news18.com/news/tech/tinder-wants-to-make-your-dates-safe-with-a-panic-button-and-tracking-where-you-are-2471065.html

# How do I turn on location services?

Location services help find you in an emergency

 Written by Jake
Updated over a week ago

The majority of calls to 911 are from cell phones, but existing 911 technology has difficulty finding the exact location of that call. Device manufacturers, 911 centers, and wireless carriers are working to solve this problem, but Noonlight's technology can provide highly-accurate location data now.

Noonlight uses your location information to get you the fastest and most accurate response possible from 911 and first responders during an emergency. Apple has recently made changes to their location services options with the release of iOS 14. In order to guarantee that Noonlight receives an accurate location for you during an alarm, be sure you've toggled your location settings for the app to **Allow Location Access: Always** and **turn ON Precise Location**.

https://help.noonlight.com/en/articles/2062141-how-do-i-turn-on-location-services

| | |
|---|---|
| automatically transmitting the physical location of the VoIP phone to the emergency services call center. | The accused instrumentality discloses automatically transmitting (e.g., automatically sending) the physical location (e.g., current location) of the VoIP phone (e.g., smartphone with the accused instrumentality installed).to the emergency services call center (e.g., '911' emergency call center, police, etc.). |

As shown, Tinder app includes emergency panic button. When user selects the panic button, the current location of the user is determined by the accused instrumentality using location services such as GPS, Wi-fi, etc. and is automatically transmitted to the 911 emergency services.

## What is Noonlight?

Tinder has partnered with Noonlight to give you backup every time you meet up with someone new.

If you're in the U.S., connect Noonlight to Tinder so you can:

- Add a badge to your chat threads and let people know you're protected by Noonlight
- Share where, when and who you're meeting IRL via Noonlight's Timeline feature
- Discreetly trigger emergency services if you're feeling uneasy or in need of help

https://www.help.tinder.com/hc/en-us/articles/360039260031-Noonlight-FAQs#h_01G6R0DAXBCNRE72WZGCKW9F7V

## The Noonlight panic button

If you've matched with someone and decide to meet up with them but don't want to go alone, Noonlight is there to help. Currently only available for Tinder users in North America, the app lets you silently check in when going on a date, with the ability to send notifications to friends or emergency services discreetly.

To use this "panic button" feature, you'll need both the Tinder app and Noonlight app downloaded.

https://www.businessinsider.com/guides/tech/tinder-safety-features?IR=T

### How to set up Noonlight before an in-real-life Tinder date

1   In the Tinder app open, open your chat with the person you're meeting.

2   Tap the Noonlight blue circle logo at the bottom of the app screen.

3   Next, specify the location and time frame where and when the date will take place. Noonlight will store that information and geo-track your location.

4   Choose Add To Timeline to share your date details with Noonlight, which will only be used in the case of an emergency.

Once Noonlight is set up and enabled for your IRL date, you can use this panic button when necessary. If you need it, open the Noonlight app, press and the "hold until safe" button, and release it but don't enter your pin. Noonlight will silently notify local police of your location and emergency.
https://www.businessinsider.com/guides/tech/



< Noonlight    **Location**

ALLOW LOCATION ACCESS

Never

Ask Next Time

While Using the App

Always    ✓

App explanation: "In the event of an emergency, Noonlight uses your exact location to dispatch emergency services."

Precise Location

Allows apps to use your specific location. With this setting off, apps can only determine your approximate location.

https://help.noonlight.com/en/articles/2062141-how-do-i-turn-on-location-services

Tinder's acquisition of Noonlight, an app that offers live tracking of a user's location and notifies the police in case an alarm is raised. Initially, the feature will only be available in USA, but if it proves popular, it is likely that Tinder will roll out the feature to more markets.

https://www.news18.com/news/tech/tinder-wants-to-make-your-dates-safe-with-a-panic-button-and-tracking-where-you-are-2471065.html

# How do I turn on location services?

Location services help find you in an emergency

 Written by Jake
Updated over a week ago

The majority of calls to 911 are from cell phones, but existing 911 technology has difficulty finding the exact location of that call. Device manufacturers, 911 centers, and wireless carriers are working to solve this problem, but Noonlight's technology can provide highly-accurate location data now.

Noonlight uses your location information to get you the fastest and most accurate response possible from 911 and first responders during an emergency. Apple has recently made changes to their location services options with the release of iOS 14. In order to guarantee that Noonlight receives an accurate location for you during an alarm, be sure you've toggled your location settings for the app to **Allow Location Access: Always** and **turn ON Precise Location**.

| | https://help.noonlight.com/en/articles/2062141-how-do-i-turn-on-location-services |
|---|---|
| | Noonlight's technology will enable users to alert emergency services and transmit highly accurate location data. |
| | https://www.bbc.com/news/business-51218336 |
| | Before meeting someone, users will be able to save information about the person and when the date is taking place. |
| | If they then hit the panic button emergency services will be alerted with the details, along with accurate location data. |
| | https://www.bbc.com/news/business-51218336 |